### Estate of Henry K. Cooper, Deceased.

Argued October 11, 1929.

Before Porter, P. J., Trexler, Keller, Linn, Gawthrop, Cunningham and Baldrige, JJ.

*E. Spencer Miller*, for appellant.

*Horace M. Rumsey*, and with him *Clinton A. Sowers, Herbert L. Maris* and *John T. Murphy, Jr.*, for appellees.

PER CURIAM, October 30, 1929:

The judgment is affirmed on the opinion of Judge STEARNE of the orphans' court of Philadelphia County.